**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**JOEL WORTHEN,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No:  2:12-cv-57-FtM-99SPC**

**BUCKSHOT CABLE, INC., PHILLIP
MORRISON and VENUS
MORRISON,**

      **Defendants.**

_____/

**ORDER**

This matter comes before the Court on review of the file.  The Court notes that corporate Defendant Buckshot Cable, Inc. has failed to obtain counsel by the dates imposed by this Court, which have all come and gone.  (See Docs. #17, 19).  The Court has informed the Parties that settlement discussion with the individual *pro se* Defendants could continue.  To date, there has been no further activity in this case.  Therefore, the Court will direct Plaintiff to file a status report with the Court as to the status of this action and whether he will be seeking default judgment against Buckshot Cable or whether settlement discussions with the Defendants have been successful.[1]

Accordingly, it is now

**ORDERED:**

---

[1] The Court notes that the docket sheet does not include proof of or a return of service for the Defendants.  Any future motions for default should include such documents so that the Court may determine if the Defendants were properly served.

Plaintiff shall have up to and including **September 12, 2012** to file a status report with the Court in accordance with the above.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of September, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

2